JOHN J. FOX, Respondent, *v.* FREDERICK H. COX, Appellant, and HARRIET REILLY, Respondent, Impleaded with Others.

(Submitted April 24, 1911; decided May 2, 1911.)

Motion for re-argument denied, with ten dollars costs. (See 201 N. Y. 189.)